AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation,

00-6194

INVESTMENT INCOME PROPERTIES OF
AMERICA, INC.; DR. MARK BEHAR, P.A.;
and ROY H. BROSKY



MAGISTRATE JUDGE
TURNOFF

TO:   MARK BEHAR, 950 N. Federal Highway, Suite 202, Pompano Beach, Florida 33062
      as Registered Agent for the Defendant, Dr. Mark Behar, P.A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Lance J. Wogalter
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____         FEB 1 6 2000
CLERK                                   DATE

_____
(BY) DEPUTY CLERK