AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV-GRAHAM

00-6194

CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation;

v.

INVESTMENT INCOME PROPERTIES OF AMERICA, INC.; DR. MARK BEHAR, P.A.; and ROY H. BROSKY,

TO: Douglas Lane, 950 N. Federal Hwy., Suite 219, Pompano Beach, FL 33062
as Registered Agent for the defendant, INVESTMENT INCOME PROPERTIES OF AMERICA, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield beach, fl 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                    FEB 1 6 2000
CLERK                              DATE

(BY) DEPUTY CLERK