**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| INVESTMENT INCOME PROPERTIES OF AMERICA, INC.; DR. MARK BEHAR, P.A.; and ROY H. BROSKY, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

Case No. 00-6194-CIV-GRAHAM

Magistrate Judge Turnoff

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

NOW INTO COURT, come the plaintiff, through undersigned counsel, and moves for an extension of time for the defendants to respond to the Complaint, so that responses are due on or before April 1, 2000. As grounds for this motion, undersigned counsel states that he has communicated with defendants and they have requested an extension. Plaintiff has no objection.

Respectfully submitted.

Lance J. Wogalter, Esq.
Lance J. Wogalter, P.A.
Florida Bar No. 932183
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel.    954-592-2184
Fax    954-725-1303
Counsel for Plaintiff