UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6194-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
a Florida not-for-profit
corporation,

    Plaintiff,

vs.

INVESTMENT INCOME PROPERTIES OF
AMERICA, INC., DR. MARK BEHAR, P.A.,;
and ROY H. BROSKY,

    Defendants.
_____/



FILED by D.C.
MAR - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

**THIS CAUSE** came before the Court upon the Consent Motion for Extension of Time for Defendants to Respond to the Complaint, filed March 7, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED. No additional extensions of time shall be sought by the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of March, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Lance J. Wogalter, Esq.