UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, | ) ) ) ) Case No. 00-6194-CIV-~~LENARD~~/TURNOFF  Graham |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRINAMERICAN INSURANCE AGENCY, INC. D/B/A ALLSTATE INSURANCE COMPANIES; and SALVATORE D. DEFELICE, | ) ) ) ) |
| Defendants. | ) ) |

FILED by ___ D.C.

MAR 20 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

The Court, having considered the *Consent Motion for Extension of Time for Defendants to Respond to the Complaint*, and finding good cause therefor, ORDERS that defendants shall have an additional 30 days in which to file responses to the Complaint.

Done and Ordered this 20 March 2000

_____
United States District Judge

Dated:

copies to:

Lance J. Wogalter, Esq., Lance J. Wogalter, P.A., 3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442