NIGHT BOX
FILED

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

|  |  |
|---|---|
| CITIZENS CONCERNED ABOUT ) DISABILITY ACCESS. INC.. a Florida ) not-for-profit corporation. ) ) Plaintiff. ) ) v. ) ) INVESTMENT INCOME PROPERTIES ) OF AMERICA, INC.; DR. MARK ) BEHAR. P.A.; and ROY H. BROSKY. ) ) Defendant. ) ) ) | Case No. 00-6194-CIV-GRAHAM Magistrate Judge Turnoff |

## JOINT STIPULATION OF DISMISSAL WITH A RESERVATION OF JURISDICTION TO ALLOW FOR ENFORCEMENT OF THE SETTLEMENT AGREEMENT AND FOR PLAINTIFF TO FILE AN APPLICATION FOR FEES AND COSTS

As reflected by the signatures below, the parties jointly stipulate to dismissal of this action

in its entirety. subject to the court's continued jurisdiction to enforce the settlement agreement and

to determine fees and costs upon application of same by plaintiff.

Respectfully submitted.

Lance J. Wogalter. P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach. FL 33442
Tel. (954) 592-2184
Fax (954) 725-1303
Counsel for Plaintiff



1

By: _____

Lance J. Wogalter, Esq.

and

INVESTMENT INCOME PROPERTIES OF AMERICA, INC.
950 N. Federal Hwy., Ste 219
Pompano Beach, FL 33062
Tel.    (954) 783-2004
Fax    (954) 783-0206

By: _____

Douglas Layne
Sr. V.P. Property Management

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded this 21 day of March, 2000, by U.S. Mail to Douglas Layne, Sr. V.P. Property Management, INVESTMENT INCOME PROPERTIES OF AMERICA, INC., 950 N. Federal Hwy., Ste 219, Pompano Beach, FL 33062.

_____

2