UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> INVESTMENT INCOME PROPERTIES OF AMERICA, INC.; DR. MARK BEHAR, P.A.; and ROY H. BROSKY, <br><br> Defendant. | Case No. 00-6194-CIV-GRAHAM <br><br> Magistrate Judge Turnoff <br><br> **AFFIDAVIT OF LANCE J. WOGALTER OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF FEES AND COSTS** |

Pursuant to Rule 7.3 of the Local Rules of the Southern District of Florida, counsel for the plaintiff hereby files this affidavit regarding the plaintiff's motion for an award of fees and costs:

Before me, the undersigned officer duly authorized to administer oaths, appeared Lance J. Wogalter, who after being first duly sworn, states as follows:

1. That my name is Lance J. Wogalter, and I am a member of the Bar of the Southern District of Florida. I have practiced law in South Florida since 1992.

2. I am a member in good standing of the State Bar of Florida as well as of the Bar of the Southern District of Florida. I am of the age of majority and suffer from no legal disabilities. This affidavit is based on my personal knowledge, and I understand that it may be offered in support of the *Plaintiff's Motion For An Award Of Fees and Costs* filed in the above-styled case by the plaintiff.



1

3. Based upon my review, the costs records and supporting data as presented in the bill of costs being filed in this matter are correct and have been necessarily incurred in this case. These costs are well grounded in fact and justified.

3. I declare that the itemization of fees shown on Schedule A, attached hereto as an exhibit to this affidavit, is accurate and that the fees reflected therein were necessarily incurred in this case and that the services for which fees have been charged were actual and necessary.

4. I am intimately familiar with my record keeping procedures and billing process. I prepare daily time records which detail the nature of legal work performed and the amount of time expended on a particular project in tenth-of-an-hour increments. My time record entries are reviewed and maintained personally by myself.

5. I have been practicing law for approximately eight years. A substantial portion of my practice since early in 1999 has involved the Americans with Disabilities Act. My standard billable rate is currently $200.00 per hour. I believe that these rates are comparable to, if not less than, hourly rates charged by counsel with similar experience in the Southern District of Florida.

I have read the foregoing five (5) paragraphs and swear that they are true and correct to the best of my knowledge and belief.

_____

The foregoing instrument was acknowledged before me this 21st day of April, 2000.

Signer identified by: Personal Knowledge

_____
(Signature of Notary-State of Florida)
(Print, Type, or Stamp Commissioned
Name of Notary Public)



OFFICIAL NOTARY SEAL
ROBERT ANTHONY BOCCANI
COMMISSION NUMBER
CC897168
MY COMMISSION EXPIRES
JAN. 16,2004

Respectfully submitted,

Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel. (954) 592-2184
Fax (954) 725-1303
Counsel for Plaintiff

By: _____
Lance J. Wogalter, Esq.

## Certificate of Service

I certify that I have this 21st day of April, 2000, served a copy of the foregoing upon:

Douglas Layne
Sr. V.P. Property Management
INVESTMENT INCOME PROPERTIES OF AMERICA, INC.
950 N. Federal Hwy., Ste 219
Pompano Beach, FL 33062

_____

**SCHEDULE A**

**LANCE J. WOGALTER, P.A.**
INVOICE WORKSHEET FOR: CCADA v. Investment Income Properties, et al

**ACTIVITY CODES**

| | | | | | |
|---|---|---|---|---|---|
| AN - Analysis and evaluation of | CS - Correspondence | FX - Facsimile charges | PF - Preparation for | RL- Review letter from | SR - Prepare status report |
| AT - Attend | CT - Court | LDS - Long distance charges | PO - Preparation of | RR - Receipt and review | TC - Telephone call |
| CF - Conference(s) with | DEP - Attend deposition of | LR - Legal research re | PF - Prepare and file | RV - Revise | TR - Travel to |
| CL - Client | DR - Draft | OPC - Opposing counsel | RE - Review | S - Settlement negotiations with | TP - Trial preparation |
| CO - Copy charges | LX - Lexis costs | | | | |

| Date | Time | Costs | Attorney – Activity Description |
|---|---|---|---|
| November 1, 1999 | 0.2 | | RR CS from CL asking for investigation of property |
| November 10, 1999 | 1.2 | | TR premises of defendants' property – Rule 11 investigation – visit premises and take initial measurements and photos |
| November 11, 1999 | 0.3 | | CF CL re Rule 11 investigation and re obtaining complaint form from member who has had access impeded |
| December 1, 1999 | 0.2 | | RR copy of complaint form from member |
| December 13, 1999 | 0.2 | | RR copies of letters from CL to places of public accommodation advising of ADA violations |
| December 15, 1999 | 0.5 | | CF with CL re litigation issues |
| February 9, 2000 | 0.5 | | Research re secretary of state filings |
| February 9, 2000 | 0.4 | | Online research re business operations of defendant |
| February 11, 2000 | 1.4 | | TR Property Appraiser's office and research re property records |
| February 14, 2000 | 0.8 | | RE file materials and ADAAG for purposes of identifying ADAAG regulations known to be violated by defendants |
| February 15, 2000 | 0.9 | | DR complaint |
| February 15, 2000 | 0.2 | | PO and RE civil cover sheet |
| February 16, 2000 | 0.3 | | PO and RE summonses |
| February 16, 2000 | 0.2 | | PO and RE interrogatories |

## SCHEDULE A

| Date | Time | Costs | Attorney – Activity Description |
|---|---|---|---|
| February 16, 2000 | 0.2 | | PO and RE initial requests for production |
| February 16, 2000 | 0.2 | | TC process server re instructions for filing and service |
| February 16, 2000 | 0.1 | 150.00 | DR memo to process server re same; court filing fee |
| | | 45.00 | Fee to process server for service of summonses |
| February 24, 2000 | 0.4 | | TC defendant re request by defendant for an extension of time to respond to the complaint and re proposal regarding defendant correcting the deficiencies identified in the complaint and possibly settling this matter with a minimum of fees and costs |
| February 24, 2000 | 0.1 | | DR memo to file re agreement to provide defendant additional time to respond to the complaint |
| February 24, 2000 | 0.2 | | DR memo to file re discussion with defendant re possible terms for settlement |
| February 25, 2000 | 0.2 | | DR consent motion for extension of time for defendant to respond to the complaint |
| February 25, 2000 | 0.1 | | DR agreed order for extension for defendant |
| March 1, 2000 | 0.2 | | TC CL re status and re terms proposed by defendant for settlement |
| March 1, 2000 | 0.5 | | DR proposed settlement agreement |
| March 1, 2000 | 0.1 | | DR proposed stipulation of dismissal |
| March 3, 2000 | 0.2 | | Finalize motion for extension of time for defendant to respond to the complaint and agreed order |
| March 3, 2000 | 0.1 | | CS to clerk of court re motion for extension of time for defendant to respond to the complaint and agreed order |
| March 3, 2000 | 0.2 | | CS defendant re filing of motion and re proposed settlement |
| March 6, 2000 | 0.1 | | TC CL re status |
| March 10, 2000 | 0.1 | | RR Court's order dated 3-7-00 |
| March 15, 2000 | 0.3 | | TC defendant re settlement terms |
| March 16, 2000 | 0.2 | | RV settlement agreement per discussions with defendant |
| March 16, 2000 | 0.1 | | RV notice of dismissal per discussions with defendant |
| March 16, 2000 | 0.2 | | TC to defendant re revised settlement agreement and notice of dismissal |

Page 2 of 3

## SCHEDULE A

| Date | Time | Costs | Attorney – Activity Description |
|---|---|---|---|
| March 27, 2000 | 0.1 | | RR CS from defendant |
| April 18, 2000 | 1.1 | | LR re requirements of motion for fees and costs and legal parameters of same |
| April 18, 2000 | 0.6 | | DR motion for fees and costs and memorandum in support |
| April 19, 2000 | 0.5 | | TC F. Scott Fistel and Robert A. Bogdan and PR affidavits in support of fee petition |
| April 20, 2000 | 0.3 | | DR Local rule certification re fee petition |
| April 20, 2000 | 0.2 | | PO and RE bill of costs |
| | 13.9 | 195.00 | |

| | |
|---|---|
| Attorney's fees @ $200.00 per hour | $2,780.00 |
| Costs | $195.00 |
| **TOTAL** | **$2,975.00** |