UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INVESTMENT INCOME PROPERTIES OF AMERICA, INC.; DR. MARK BEHAR, P.A.; and ROY H. BROSKY,<br><br>Defendant. | Case No. 00-6194-CIV-GRAHAM<br><br>Magistrate Judge Turnoff<br><br>**DECLARATION OF F. SCOTT FISTEL, ESQUIRE, OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS** |

Pursuant to Rule 7.3 of the Local Rules of the Southern District of Florida, counsel for the plaintiff hereby files this declaration regarding the plaintiff's motion for an award of fees and costs:

F. Scott Fistel, Esq., in accordance with the procedure set forth in 28 U.S.C. § 1746, states as follows:

1. That my name is F. Scott Fistel, and I am a member of the Bar of the Southern District of Florida and of the Eleventh Circuit Court of Appeals. I have practiced in South Florida since 1989. I am licensed and in good standing with the Florida Bar. Additionally, I have devoted a substantial portion of my practice to disability law for the past 10 years.

2. I am familiar with Lance J. Wogalter, Esq., and with his practice in the area of Title III litigation. I know that he has developed significant experience with Title III of the Americans with Disabilities Act and that he has devoted substantial efforts in becoming versed in matters



1

relating to same.

3.  I have been asked to offer an opinion as to the reasonableness of the hourly rates charged by Mr. Wogalter in the above-referenced litigation. Mr. Wogalter has represented to me that his hourly rate in this matter is $200.00, and has also provided me with a description of his experience and background. Based on this information, it is my opinion his rate of $200.00 per hour not exceed the prevailing market rate in the South Florida area for lawyers who practice in this area with comparable skills, experience and reputation.

4.  I have reviewed the itemization of attorneys' fees billed by counsel for the plaintiff in the above-styled case. I have also reviewed the essential pleadings, motions, and court rulings in this case. I have assessed the time and efforts made by counsel for the plaintiff in litigating this matter. On the basis of my experience, it is my opinion that the prosecution of this case was done in an appropriate, reasonable, and cost-effective manner.

I have read the foregoing four (4) paragraphs and:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2000.

_____
(Signature)

Respectfully submitted,

Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel. (954) 592-2184
Fax (954) 725-1303
Counsel for Plaintiff

By: _____
Lance J. Wogalter, Esq.

### Certificate of Service

I certify that I have this __21st__ day of April, 2000, served a copy of the foregoing upon:

Douglas Layne
Sr. V.P. Property Management
INVESTMENT INCOME PROPERTIES OF AMERICA, INC.
950 N. Federal Hwy., Ste 219
Pompano Beach, FL 33062

_____