NIGHT BOX
FILED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
                                                )
              Plaintiffs, )
                                                )
                v. )
                                                )
INVESTMENT INCOME PROPERTIES )
OF AMERICA, INC.; DR. MARK )
BEHAR, P.A.; and ROY H. BROSKY, )
                                              )
            Defendant. )

Case No. 00-6194-CIV-GRAHAM

Magistrate Judge Turnoff

**DECLARATION OF ROBERT ANTHONY BOGDAN, ESQUIRE, OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS**

Pursuant to Rule 7.3 of the Local Rules of the Southern District of Florida, counsel for the plaintiff hereby files this declaration regarding the plaintiff's motion for an award of fees and costs:

Robert Anthony Bogdan, Esq., in accordance with the procedure set forth in 28 U.S.C. § 1746, states as follows:

1.      That my name is Robert Anthony Bogdan, and I am a member of the Bar of the Southern District of Florida. For the past 13 years, following a judicial clerkship at the Louisiana Supreme Court in the year immediately after obtaining my law degree, I have practiced extensively in the areas of labor and employment law, including numerous matters under both the Rehabilitation Act and under the Americans with Disabilities Act. For the past year, I have also devoted a significant amount of time to matters involving Title III of the Americans with Disabilities Act. I am licensed with the bars of and in good standing in Florida, Louisiana, and Tennessee.



1

2.  I am familiar with Lance J. Wogalter, Esq., and with his practice of law. I know that he has developed significant experience with Title III of the Americans with Disabilities Act and that he has devoted substantial efforts in becoming versed in matters relating to same. Additionally, I have on several occasions co-counseled with Mr. Wogalter in Title III litigation matters. I am personally aware that Mr. Wogalter's normal hourly rate for matters such as this is $200.00 per hour and that he does utilize this rate in matters of this type.

3.  I have been asked to offer an opinion as to the reasonableness of the hourly rates charged by Mr. Wogalter in the above-referenced litigation. Mr. Wogalter has represented to me that his hourly rate in this matter is $200.00, and has also provided me with a description of his experience and background. Based on this information, it is my opinion his rate of $200.00 per hour not exceed the prevailing market rate in the South Florida area for lawyers who practice in this area with comparable skills, experience and reputation.

4.  I have reviewed the itemization of attorneys' fees billed by counsel for the plaintiff in the above-styled case. I have also reviewed the essential pleadings, motions, and court rulings in this case. I have assessed the time and efforts made by counsel for the plaintiff in litigating this matter. On the basis of my experience, it is my opinion that the prosecution of this case was done in an appropriate, reasonable, and cost-effective manner.

I have read the foregoing four (4) paragraphs and:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2000.

_____
(Signature)

2

Respectfully submitted,

Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel. (954) 592-2184
Fax (954) 725-1303
Counsel for Plaintiff

By: _____
Lance J. Wogalter, Esq.

### Certificate of Service

I certify that I have this __21__ day of April, 2000, served a copy of the foregoing upon:

Douglas Layne
Sr. V.P. Property Management
INVESTMENT INCOME PROPERTIES OF AMERICA, INC.
950 N. Federal Hwy., Ste 219
Pompano Beach, FL 33062

_____