UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.00-6194-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
a Florida not-for-profit
corporation,

    Plaintiff,

vs.

INVESTMENT INCOME PROPERTIES
OF AMERICA, INC.; DR. MARK
BEHAR, P.A.; and ROY H.
BROSKY,

    Defendants.
_____/



CLOSED CIVIL CASE

FILED by _____ D.C.
APR 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with a Reservation of Jurisdiction to Allow for Enforcement of the Settlement Agreement, filed April 21, 2000.

**THE COURT** has considered the Stipulation, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause is hereby DISMISSED pursuant to the terms of the Stipulation. The Court retains jurisdiction over this cause for a period of 60 days to enforce the settlement if necessary. It is further

**ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 636 and

the Magistrate Rules of the Southern District of Florida, the following motions are hereby referred to **United States Magistrate Judge Turnoff** for a Report & Recommendation on Plaintiff's Verified Motion for an Award of Fees and Costs (D.E.10). It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Final Order of Dismissal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of April, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Lance J. Wogalter, Esq.
    Douglas Layne, Sr.