UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CITIZENS CONCERNED ABOUT )
DISABILITY ACCESS, INC., a Florida )
not-for-profit corporation, )
             )
  Plaintiffs, )
             )
v. )
             )
INVESTMENT INCOME PROPERTIES )
OF AMERICA, INC.; DR. MARK )
BEHAR, P.A.; and ROY H. BROSKY, )
             )
  Defendant. )

Case No. 00-6194-CIV-GRAHAM

Magistrate Judge Turnoff

**CERTIFICATION OF PLAINTIFF'S COUNSEL OFFERED IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS**

  Pursuant to Rule 7.3 of the Local Rules of the Southern District of Florida, counsel for the plaintiff hereby files this certification regarding the plaintiff's motion for an award of fees and costs, and states as follows:

  1. On March 15 and 16, 2000, and again on April 25, 2000, the undersigned counsel conferred with Douglas Layne Sr. V.P. Property Management, INVESTMENT INCOME PROPERTIES OF AMERICA, INC., pro se defendant, in connection with the motion for an award of fees and costs filed by the plaintiff by mailing to the Court on April 21, 2000.

  2. Mr. Layne advised that defendant would have opposition to the motion.

  3. The plaintiff requests a hearing on his motion for an award of fees and costs.

1

Respectfully submitted,

Lance J. Wogalter, P.A.
3712 W. Hillsboro Blvd.
Deerfield Beach, FL 33442
Tel. (954) 592-2184
Fax (954) 725-1303
Counsel for Plaintiff

By: _____
Lance J. Wogalter, Esq.

### Certificate of Service

I certify that I have this _25_ day of April, 2000, served a copy of the foregoing upon:

Douglas Layne
Sr. V.P. Property Management
INVESTMENT INCOME PROPERTIES OF AMERICA, INC.
950 N. Federal Hwy., Ste 219
Pompano Beach, FL 33062

_____