UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.00-6194-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,
a Florida not-for-profit
corporation,

    Plaintiff,

vs.

INVESTMENT INCOME PROPERTIES
OF AMERICA, INC.; DR. MARK
BEHAR, P.A.; and ROY H.
BROSKY,

    Defendants.
_____/



FILED by D.C.
JUL -6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

**THIS CAUSE** came before the Court upon Plaintiff's Verified Motion for an Award of Fees and Costs (D.E. 10).

**THE MATTER** was referred to the Honorable United States Magistrate Judge William C. Turnoff. A Report & Recommendation dated June 11, 2000 has been filed recommending that the Verified Motion for an Award of Fees and Costs be granted. The Defendant has not filed objections to the Report & Recommendation. The Court has conducted a <u>de novo</u> review of the file, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Turnoff's Report & Recommendation of June 11, 2000, is hereby RATIFIED, AFFIRMED and APPROVED in its entirety. Therefore, it

is

**ORDERED AND ADJUDGED** that Plaintiff shall receive $2,780.00 in attorney's fees and $195.00 in costs for a total award of $2,975.00.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of October 1997.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DONALD L. GRAHAM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　Magistrate Judge Turnoff
　　　Lance Wogalter, Esq.
　　　Douglas Layne, Esq.